Form osubpoh

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: William Whitfield Adams and Edith Alea Adams
Debtor

Case No.: 2:08–bk–74896
Chapter: 13
Judge: Ben T. Barry

### ORDER TO SUBMIT PROPOSED ORDER

This case is before the Court upon a sua sponte review of the case file. On 02/15/2010, Scot Goldsholl, attorney of record for US Bank, filed a(n) Motion For Relief From Stay. A hearing was held on the matter. Court records reflect that Motion to be granted, Order by Goldsholl. .

Accordingly, the above attorney is hereby ordered to submit a proposed order for consideration by the Court within fourteen (14) days of the date of this Order.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF SOUGHT OR AN ORDER TO SHOW CAUSE HEARING BEING SET TO DETERMINE WHETHER SANCTIONS SHOULD BE IMPOSED. RESPONSIBLE COUNSEL WILL BE REQUIRED TO PERSONALLY APPEAR AT THE SHOW CAUSE HEARING.

IT IS SO ORDERED.

Dated: 4/8/10

*/s/ Ben Barry*

UNITED STATES BANKRUPTCY JUDGE